IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIMI ROSE,<br><br>             Plaintiff,<br><br>v.<br><br>HOFFMAN INSURANCE CONSULTANTS, LLC, et al.,<br><br>             Defendants. | CIVIL ACTION<br>NO. 16-2225 |

## ORDER

**AND NOW**, this 17th day of July 2018, upon consideration of Defendants' Motions to Dismiss the Amended Complaint (Doc. Nos. 98-99), Plaintiff's Responses in Opposition (Doc. Nos. 103-04, 108, 113-14), and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1) Defendants' Motions to Dismiss the Amended Complaint (Doc. Nos. 98-99) are **GRANTED**.

2) The Amended Complaint (Doc. No. 96) is **DISMISSED**.

3) All outstanding motions, including the Motion to Amend the Complaint <u>Nunc Pro Tunc</u>, are **DENIED**.

4) The Clerk of Court shall close this case for statistical purposes.

                                        BY THE COURT:

                                        /s/ Joel H. Slomsky, J.
                                        JOEL H. SLOMSKY, J.